FILED

2008 Sep-02  AM 10:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARK DILLARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.: |
| v. | ) | |
| | ) | CV-08-RRA-343-S |
| ASHWORTH, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**Memorandum Opinion**

This case comes before the court on the defendant's motion to transfer this matter to the United States District Court for the Southern District of California, San Diego.  (Doc. 2.)  On June 25, 2008, the magistrate recommended that the motion be granted.   Objections to the recommendation have been filed by the plaintiff.  (Doc. 6.)[1]  A response to the objections has been filed by the movant.  (Doc. 7.)

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the objections thereto, and the response to the objections, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED.   An appropriate order will be entered.

Done this 2nd day of September 2008.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671

---

[1]This document was incorrectly labeled a "motion".